UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRADLEY WHEELER and LISA GREGSON,<br><br>                    Petitioner,<br><br>vs.<br><br>AL RAMIREZ, RON SHEPHERD, SHEP LAW GROUP, STATE OF IDAHO,<br><br>                    Respondents. | Case No. 1:19-cv-00371-DCN<br><br>**SUCCESSIVE REVIEW ORDER** |

Petitioner Bradley Wheeler (Petitioner) filed a Petition for Writ of Habeas Corpus on behalf of himself, and his wife, Lisa Gregson. Dkt. 3. In the Initial Review Order, the Court notified Petitioner that he could not proceed and that he could not proceed on behalf of his wife. Dkt. 8. The Court ordered Petitioner to take one of the following actions to remedy the deficiencies in his Petition by December 20, 2019: (1) file an amended petition in this action, or (2) file an amended petition in his other pending habeas corpus action and a notice of dismissal in this action. *Id*., p. 4. Petitioner was warned that, if he took no further action, this case would be dismissed without prejudice, without further notice. *Id*.

Petitioner has not filed anything further in this case indicating that he desires to continue to pursue it. Accordingly,

SUCCESSIVE REVIEW ORDER - 1

**IT IS ORDERED** that this entire case is DISMISSED without prejudice.

DATED: April 1, 2020

_____
David C. Nye
Chief U.S. District Court Judge